THE ORD FIRM, P.C.
James K. Ord, III (USB 14007)
PO Box 16688
Salt Lake City, UT 84116
Telephone: (801) 997-0442
Email: james@UtahADALaw.com
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Trevor Kelley,<br><br>        Plaintiff,<br><br>v.<br><br>Chipotle Mexican Grill<br>*d.b.a.* Chipotle Mexican Grill,<br><br>        Defendant. | Case No.: 2:17-cv-00689-DBP<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Assigned to Magistrate Judge Dustin B. Pead |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Trevor Kelley and Defendant, Chipotle Mexican Grill, hereby stipulate that the above-entitled action be dismissed with prejudice, with each side to bear its own fees' and costs.

**RESPECTFULLY** submitted on this 21st day of September 2018.

*/s/ James K. Ord, III*
JAMES K. ORD, III, ESQ.
P.O. Box 16688
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Telephone: (801) 997-0442
Email: james@utahADAlaw.com
*Attorney for Plaintiff*

*/s/ Kathleen J. Mowry* (with permission)
Kathleen J. Mowry
MESSNER REEVES LLP
1430 WYNKOOP ST STE 300
DENVER, CO 80202
(303) 623-1800
Email: kmowry@messner.com
*Attorney for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 21st day of September 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record as follows:

Byron L. Ames
AMES & AMES LLP
228 W 200 S STE 2B
KAMAS, UT 84036
(435) 214-0303
Email: bames@amesfirm.com
*Attorney for Defendant*

Kathleen J. Mowry
MESSNER REEVES LLP
1430 WYNKOOP ST STE 300
DENVER, CO 80202
(303) 623-1800
Email: kmowry@messner.com
*Attorney for Defendant*

<u>/s/ Lisa Stamper*</u>
*(* I certify that I have the signed original of this document*
*which is available for inspection during normal business*
*hours by the Court or a party to this action)*

2