# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TREVOR KELLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>CHIPOTLE MEXICAN GRILL<br>*d.b.a.* CHIPOTLE MEXICAN GRILL,<br><br>        Defendant. | Case No. 2:17-cv-00689-DBP<br><br><br>**ORDER OF DISMISSAL**<br><br><br>Magistrate Judge Dustin B. Pead |

This Matter, having come before the Court on the Parties Stipulation for Dismissal With Prejudice, and good cause appearing therefrom,

**IT IS HEREBY ORDERED;** this Matter is hereby **DISMISSED** with prejudice, with each party to bear its own attorney's fees' and costs.

SO ORDERED this 24th  day of September, 2018.

BY THE COURT:

_____
HONORABLE DUSTIN B. PEAD
United States District Court Magistrate Judge

1